EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of:

The residence, vehicles, outbuildings, and any appurtenances within the curtilage of 305 E Fillmore Avenue, McAlester, Oklahoma, 74501

Case No. 22-MJ-251-KEW

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before 9/23/2022
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.
☐ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U. S. Magistrate Judge Kimberly E. West.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
  ☐ for _____ days *(not to exceed 30)*.
  ☐ until, the facts justifying, the later specific date of

Date and time issued: September 9, 2022

City and state: Muskogee, Oklahoma

*Judge's signature*
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-MJ-251-KEW | Date and time warrant executed:<br>09/13/2022 12:00 pm | Copy of warrant and inventory left with:<br>Inside of residence |
| Inventory made in the presence of :<br>Nobody was present at residence. | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Assorted ammunition<br>Black "Blu" tablet<br>Blue HP laptop | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/13/2022

*Executing officer's signature*

Rebecca Lawson  Special Agent
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

305 E Fillmore Avenue, McAlester, Oklahoma 74501, is a single-family dwelling residence with a carport on the left side of the house when viewed from the street.  The house number, 305, is posted next to the front door.  This search warrant seeks to search that residence, vehicles, outbuildings, and any appurtenances within the curtilage of the residence.











## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED

1. Any firearms, ammunition, and firearms accessories that were stolen from the McAlester Tactical Supply on July 29, 2022.
2. Indicia of residence/ownership of the residence located at 305 E Fillmore Avenue, McAlester, Oklahoma 74501.
3. Any cellular devices.
4. Any documents and photographs related to the ownership, possession, use, sale, and/or transport of firearms, or ammunition that were stolen from the McAlester Tactical Supply on July 29, 2022.